IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| TODD ALLAN PEGG,<br><br>Plaintiff,<br><br>v.<br><br>VIRGINIA MILITARY INSTITUTE, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.<br><br>6:23CV00013<br><br>(REMOVED FROM THE CIRCUIT COURT FOR THE COUNTY OF ROCKBRIDGE) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, defendants the Virginia Military Institute ("VMI") and the Commonwealth of Virginia ("the Commonwealth") (collectively "Defendants"), by counsel, hereby remove the above-captioned matter from the Circuit Court for the County of Rockbridge to the United States District Court for the Western District of Virginia - Lynchburg Division on the following grounds:

1. On January 18, 2023, plaintiff Todd Allan Pegg ("Plaintiff") filed a complaint against Defendants in the Circuit Court for the County of Rockbridge, bearing the caption *Todd Allan Pegg v. Virginia Military Institute | Commonwealth of Virginia* and Case No. CL23000044-00.

2. Defendants received the complaint and summons on February 15, 2023.

3. By agreement with opposing counsel, Defendants filed an Acceptance of Service (Form CC-1406) in state court on March 6, 2023.

4. Defendants filed a plea in bar and demurrer pursuant to Va. R. Sup. Ct. 3:8(a) in state court on March 14, 2023.

5. Plaintiff's complaint contains claims for alleged violations of the Uniformed Services Employment and Reemployment Rights Act, 38 U.S.C. §§ 4301, *et seq.*, ("USERRA"). The claims under USERRA in Plaintiff's complaint arise under the Constitution and laws of the United States over which this Court has original jurisdiction pursuant to 29 U.S.C. § 1331. Plaintiff's complaint contains claims under no other state or federal statute, or cause of action. Accordingly, Defendants may remove the state court action to this Court in accordance with the provisions of 28 U.S.C. § 1441(a) as a matter of law without regard to the citizenship of the parties.

6. VMI and the Commonwealth both individually and collectively consent to removal pursuant to 28 U.S.C. § 1446(b)(2)(A).

7. Venue is proper in this Court pursuant to W.D. Va. R. 2(a)(6) and 28 U.S.C. § 1441(a) because the state court action was filed in a state court located within the jurisdiction of the Lynchburg Division of the Western District of Virginia.

8. Defendants are timely filing this Notice of Removal within thirty (30) days of their receipt of the complaint in accordance with 28 U.S.C. § 1446(b)(1).

9. In accordance with 28 U.S.C. § 1446(a), true and accurate copies of all process, pleadings, and orders in the state court action are attached hereto as **Exhibit A**. Upon information and belief, no further proceedings have taken place in state court.

10. In accordance with 28 U.S.C. § 1446(d), a Notice of Filing of Notice of Removal is being timely filed with the Clerk of the Circuit Court of the County of Rockbridge and is attached hereto as **Exhibit B**. A copy is also being timely provided to Plaintiff by emailing it to him through his attorneys.

WHEREFORE, Defendants respectfully requests that the United States District Court for the Western District of Virginia - Lynchburg Division assume jurisdiction over this case and that no further proceedings be held in the Circuit Court for the County of Rockbridge.

Respectfully submitted,

**VIRGINIA MILITARY INSTITUTE AND THE COMMONWEALTH OF VIRGINIA**

By Counsel

/s/ Muhammad Umar

Muhammad Umar (VSB No. 96092)
Assistant Attorney General
Gregory C. Fleming (VSB No. 24819)
Senior Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-9593
Facsimile: (804) 371-2087
Email: MUmar@oag.state.va.us
Email: GFleming@oag.state.va.us
*Counsel for Defendants*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th of March, 2023, a true copy of the foregoing <u>Notice of Removal</u> was mailed via UPS Overnight Mail to the U.S. District Court Western District of Virginia, Lynchburg Division, 1101 Court Street, Suite A66, Lynchburg, VA 24504, and that a copy was emailed to plaintiff, through his counsel, Thomas E. Strelka (thomas@strelkalaw.com), Brittany M. Haddox (brittany@strelkalaw.com), L. Leigh R. Strelka (leigh@strelkalaw.com), N. Winston West, IV (winston@strelkalaw.com), and Monica L. Mroz (monica@strelkalaw.com).

Muhammad Umar (VSB No. 96092)
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786- 9593
Facsimile: (804) 371-2087
Email: MUmar@oag.state.va.us
*Counsel for Defendants*